**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: MICHAEL J. KRIEHN                                    Case Number: 06-71601
4732 ALEXANDRA LANE               SSN-xxx-xx-1939
LOVES PARK, IL  61115

                                                       Case filed on:        9/1/2006
                                                       Plan Confirmed on:   11/17/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $13,290.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 002 | WISCONSIN DEPT OF WORKFORCE DEVELOPMENT | 9,954.45 | 9,954.45 | 23.38 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHERYL ANTOVICH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 9,954.45 | 9,954.45 | 23.38 | 0.00 |
| 999 | MICHAEL J. KRIEHN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OPTION ONE MORTGAGE CORPORATION | 22,478.23 | 22,478.00 | 9,469.07 | 0.00 |
|  | Total Secured | 22,478.23 | 22,478.00 | 9,469.07 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CATHERINE KRIEHN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DIANA AUSTIN-CAVALIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | KAREN MAUS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 35,432.68 | 35,432.45 | 12,492.45 | 0.00 |

Total Paid Claimant:     $12,492.45
Trustee Allowance:          $797.55        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00         discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                      /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2008           By  /s/Heather M. Fagan